IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02094-MSK-MEH

AMANDA KUHNS,

    Plaintiff,

v.

NATIONAL CREDIT AUDIT CORPORATION, an Illinois corporation,

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay her or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: January 15, 2010.

Respectfully submitted,

| | |
|---|---|
| s/ David M. Larson | s/ Wade Warthen |
| David M. Larson, Esq. | Wade Warthen, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Franke Greenhouse List & Lippitt, LLP |
| Colorado Springs, CO 80903 | 1228 15th Street, 2nd Floor |
| (719) 473-0006 | Denver, CO 80202 |
| Attorney for the Plaintiff | (303) 623-4500 |
| | Attorney(s) for the Defendant |